IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

DENISE SCHNEIDER                           :
                                           :
            vs.                            :      CIVIL ACTION NO. 02-3109
                                           :
THE PROCTER & GAMBLE COMPANY               :
DISTRIBUTION COMPANY                       :

# ORDER

      **AND NOW,** this 5th  day of August , 2002, the court having been previously advised that the above action cannot proceed to trial and disposition because of the following reason:

    [ ]    -    Order staying these proceedings pending disposition of a related action.

    [ ]    -    Order staying these proceedings pending determination of arbitration proceedings.

    [ ]    -    Interlocutory appeal filed

    [x]    -    Other: Case is placed into suspense pending receipt of the Case Transfer Order from the Judicial Panel on Multi District Litigation

it is

    **ORDERED** that the Clerk of Court mark this action closed for statistical purposes and place the matter in the Civil Suspense File, and it is

    **FURTHER ORDERED** that the Court shall retain jurisdiction; and that the case be restored to the trial docket when the action is in a status so that it may proceed to final disposition; this order shall not prejudice the rights of the parties to this litigation.

                                                            **BY THE COURT:**

                                                            JOHN R. PADOVA,          J.

Civ. 13 (8/80)