IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

DENISE SCHNEIDER               :         CIVIL ACTION
                               :
        v.                     :
                               :
PROCTER & GAMBLE COMPANY       :         NO. 02-3109

<u>O R D E R</u>

AND NOW, this 20th day of November, 2002, in view of the Conditional Transfer Order filed on October 7, 2002, this matter shall be removed from Civil Suspense and marked CLOSED.

BY THE COURT:

_____
JOHN R. PADOVA, J.